IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CHRISTOPHER LOTT,

    Plaintiff,

v.

CIVIL ACTION NO.: CV512-020

CITY OF DOUGLAS POLICE
DEPARTMENT; RANDALL RYLES;
and Patrol Officer RAHBURN,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the City of Douglas Police Department are **DISMISSED**.

**SO ORDERED**, this 30 day of October, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)